UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-198 (KMM/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY FRANCIS PLONSKI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR EVIDENTIARY HEARING BY THE UNITED STATES** |

The defendant objected to the following fact in paragraph 11 of the Presentence Investigation Report (ECF No. 46): "A forensic review of [the defendant's electronic devices seized from his person] yielded suspected (but not confirmed) child sexual abuse material[.]"

Pursuant to Federal Rule of Criminal Procedure 32(i)(2) and Local Rule 83.10(f)(1), the United States respectfully requests an evidentiary hearing at the time of sentencing, at which the United States would present evidence, to include witness testimony, to prove that the defendant's Samsung Galaxy device did yield suspected (but not confirmed) child sexual abuse material. The United States estimates that 20 minutes would be required for the evidentiary hearing.

Date: August 28, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Mary Riverso*
BY: MARY RIVERSO
Assistant U.S. Attorney